1024

[No. 61438-0-I.   Division One.   January 26, 2009.]

ABDIJABAR ABDIKADIR, *Respondent*, v. GWEN HALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-40598-8, Kimberley Prochnau, J., entered March 6, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61455-0-I.   Division One.   January 26, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ELI LYLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03067-7, Gregory P. Canova, J., entered March 10, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 61979-9-I.   Division One.   January 26, 2009.]

*In the Matter of the Estate of* BETTY JANE BEERS.

L. DARLENE MUNROE, *Appellant*, v. LINDA LESLIE BATES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-4-06052-6, William L. Downing, J., entered June 30, 2008. *Affirmed* by unpublished per curiam opinion.

[No. 62625-6-I.   Division One.   January 26, 2009.]

*In the Matter of the Personal Restraint of* ROBERT EARL POLEN, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.